**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

| | |
|---|---|
| **LIKA SAGLIANI** | **CASE NO. 3:26-CV-01903 SEC P** |
| **VERSUS** | **JUDGE JAMES D. CAIN, JR.** |
| **INDANECIO RAMOS ET AL** | **MAGISTRATE JUDGE DAVID J. AYO** |

# **MEMORANDUM ORDER**

For the reasons stated in the court's preceding Memorandum Order [doc. 10], **IT IS ORDERED** that the Motion to Stay Removal [doc. 9] be **DENIED**. **IT IS FURTHER ORDERED** that the Motion for Leave to File Supplemental Verified Petition for Writ of Habeas Corpus [*id.*] be **REFERRED** to the magistrate judge.

**THUS DONE AND SIGNED** in Chambers on the 5th day of August, 2026.

**JAMES D. CAIN, JR.**
**UNITED STATES DISTRICT JUDGE**